AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

1390814/2815974
FBI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ELMER EMMANUEL EYCHANER, III | ) | Case No. 4:17cr76 |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ELMER EMMANUEL EYCHANER, III,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C.§ 2252(a)(4)(B) - Access with Intent to View Visual Depictions of Minors Engaged in Sexually Explicit Conduct et al.

Date: 08/16/2017

*Issuing officer's signature*

City and state: Newport News, Virginia     Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/17/2017, and the person was arrested on *(date)* 8/30/2017
at *(city and state)* Norfolk, VA.

Date: 8/30/2017

*Arresting officer's signature*

Chris Leuer, DUSM
*Printed name and title*