INITIAL APPEARANCE MINUTES:

Time set: __2:30 p.m.__  Date: __August 30, 2017__
Start Time: __2:29 pm__  Presiding Judge: __Robert J. Krask__
End Time: __2:34 pm__  Courtroom Deputy: __Angie Forehand__
       Reporter: __FTR__
Split Time ( )  U.S. Attorney: __Lisa McKeel__
       Defense Counsel: __✗__
       ( ) Retained ( ) Court appointed ( ) AFPD
       Interpreter: _____

Case Number: 4:17cr76     *AFPD present (Amanda Conner)
USA v. ELMER EMMANUEL EYCHANER III    FPD appt. on record

(✓) Deft. Present (✓) custody ( ) not in custody
(✓) Initial Appearance (✓) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
   ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
(✓) Deft. advised of rights, charges and right to counsel
(✓) Counsel desired ( ) Defendant to retain: _____
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
(✓) Financial Affidavit filed in open Court
(✓) Court (✓) Directed ( ) Denied appointment of counsel
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before _____ U.S. Magistrate Judge in _____.
( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
(✓) Government motion for Detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted  ( ) Denied
(✓) Detention Hearing scheduled for __9-5-17__ at __2:00 pm__ before __DEM - no Chma__
( ) Detention Hearing ( ) Held ( ) Waived in _____.
(✓) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $ _____
( ) Special Conditions of Release: **(See Page 2)**
(✓) Deft. remanded to custody of U. S. Marshal
(✓) Warrant returned executed and filed in open court
( ) Defendant is directed to appear on _____ at _____ for
   ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
   ( ) Norfolk ( ) Newport News
( ) _____
( ) _____