CR96C  AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA

UNITED STATES OF AMERICA


FILED
IN OPEN COURT
AUG 30 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

V.

Elmer Emmanuel Eychaner III

*Defendant*

Case No. 4:17cr76

Upon motion of the _____ United States _____ detention hearing is set for __9/5/17__ * at __2:00 pm__
                                    *Date*                                               *Time*

before _____
United States Magistrate Judge
*Name of Judicial Officer*

Newport News, Virginia
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

*Other Custodial Official*

Date: __8/30/17__ _____
                                                                                      *Judge*

    If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.