**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) CRIMINAL NO. 4:17cr76 |
| | ) |
| **ELMER EMMANUEL EYCHANER, III,** | ) |
| | ) |
| **Defendant.** | ) |

## DISMISSAL OF COUNT ONE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through its attorneys, Tracy Doherty-McCormick, Acting United States Attorney for the Eastern District of Virginia, and Megan M. Cowles, Assistant United States Attorney, hereby files a dismissal of Count 1 of the Indictment in the above-caption case.

Respectfully submitted,

TRACY DOHERTY-MCCORMICK
UNITED STATES ATTORNEY

By:   /s/
Megan M. Cowles
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Office Number - 757-591-400
Facsimile Number - 757-591-0866
E-Mail Address – megan.cowles@usdoj.gov

Leave of Court is hereby granted to file the above-referenced dismissal of the Indictment in this case.

_____
THE HONORABLE MARK S. DAVIS
UNITED STATES DISTRICT JUDGE

_____
Date

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

        Amanda Conner, Esq.
        Andrew Grindrod, Esq.

          /s/
        Megan M. Cowles
        Assistant United States Attorney
        Attorney for the United States
        United States Attorney's Office
        Fountain Plaza Three, Suite 300
        721 Lakefront Commons
        Newport News, VA 23606
        Office Number - 757-591-400
        Facsimile Number - 757-591-0866
        E-Mail Address – megan.cowles@usdoj.gov