IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

FILED IN OPEN COURT

MAY 16 2018

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 4:17CR76 |
| ELMER EMMANUEL EYCHANER, III | ) |

## STIPULATIONS

It is hereby stipulated and agreed among the parties that:

1. Each visual depiction contained in Government's Exhibits # 14a-1, 14a-2, 14a-4, and 14a-6 through 14a-17 has been shipped or transported in interstate or foreign commerce by any means, including by computer.

2. The events regarding the Indictment occurred within the Eastern District of Virginia and elsewhere.

TRACY DOHERTY-MCCORMICK
ACTING UNITED STATES ATTORNEY

By: _____
Megan M. Cowles
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Va 23606
757/591-4000

1

SEEN AND AGREED:

_____
Amanda Connor
Assistant Federal Public Defender
Attorney for ELMER EMMANUEL EYCHANER, III

_____
Andrew Grindrod
Assistant Federal Public Defender
Attorney for ELMER EMMANUEL EYCHANER, III

_____
ELMER EMMANUEL EYCHANER, III
Defendant