UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

MARK S. DAVIS
CHIEF JUDGE

October 25, 2021

Lisa McKeel
United States Attorney's Office
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606

    Re:    **Release of Exhibits: <u>USA v Eychaner</u>**
             **Criminal Number 4:17cr76**

Pursuant to Local Rule 55, as amended September 1, 2000, the following exhibits entered in the above case are available for release to Government Counsel:

- 1 brown accordion folder (contains 1 black binder, 2 manila envelopes, and 1 white envelope), red binder

Please acknowledge receipt of these exhibits on the attached copy of this letter within ten (10) days from the above date.

                              FERNANDO GALINDO, Clerk of Court

                              BY_____/s/_____
                                  Angela Farlow, Deputy Clerk

_[signature]_
Signature of AUSA

11/3/21
Date Exhibits Received